# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| West Point Apparel Group, Inc. | ) | ASBCA No. 57811 |
| | ) | |
| Under Contract No. SPO100-06-D-4007 | ) | |

APPEARANCE FOR THE APPELLANT:      Marc Lamer, Esq.
         Kostos and Lamer, P.C.
         Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
         DLA Chief Trial Attorney
         Keith Levinson, Esq.
         Kristin Bray, Esq.
         Lynne Georges, Esq.
         Trial Attorneys
         DLA Troop Support
         Philadelphia, PA

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is dismissed without prejudice pursuant to Board Rule 30. Unless either party acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 19 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57811, Appeal of West Point Apparel Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals